FILED BY ⟨initials⟩ D.C.

AUG 2 2 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DIVISION OF FLORIDA

| | |
|---|---|
| ERIC JAMES ECHEVARRIA- VESSEL<br>by: Eric James Echevarria,<br>executor & beneficiary.<br><br>_____<br>Plaintiff(s)<br><br>-v-<br><br>CITY OF DELRAY BEACH DUN'S# XXXXXXX6<br>AGENCY NAME: DELRAY POLICE DEPARTMENT<br>AGENCY# 40<br><br>_____<br>Defendant(s) | ) Case No. _____<br>) (to be filled in by the Clerk's Office)<br>)<br>)<br>)<br>) Trial by Jury (check one) ☒ Yes ☐ No<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   ERIC JAMES ECHEVARRIA- VESSEL
   by: Eric James Echevarria, executor & beneficiary
   3300 S Dixie Hwy. Unit 1133
   West Palm Beach Florida 33405

   B. Defendant(s)

   DEFENDANT No. 1

   CITY OF DELRAY BEACH DUN'S# XXXXXXXX6
   DELRAY POLICE DEPARTMENT
   300 W ATLANTIC AVE,
   DELRAY BEACH FL.3344-3695
   (561) 243-7888

Defendant No. 2

MATTHEW SARACENI
DELRAY POLICE DEPARTMENT
300 WEST ATLANTIC AVENUE
DELRAY BEACH, FL 33444-3695
561-243-7888 EXT. 2544
saraceni@delraybeach.com


Defendant No. 3

CARLOS PENAGOS
300 WEST ATLANTIC AVENUE
DELRAY BEACH, FL 33444-3695
561-243-7800 EXT. 2568
penagosc@mydelraybeach.com


Defendant No. 4

LUGO FERNANDEZ
300 WEST ATLANTIC AVENUE
DELRAY BEACH, FL 33444-3695
561-243-7888 EXT.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

## I. INTRODUCTION AND STATEMENT OF CLAIMS

1. Now comes, Plaintiff Eric James Echevarria, Original Complaint in Federal Court, a living Floridian, American National man ( a non-employee of the UNITED STATES Corporation and a non-14th Amendment Citizen) is diverse from the Defendant and brings this cause of action against THE CITY OF DELRAY BEACH, Delray Beach Fl., a for profit Corporation registered with the Secretary of State and it's agents who are "U.S. Citizens" for a pattern and practice of unconstitutional conduct of creating causes of action for the courts of Florida without any injured party, for the criminal conduct of securities fraud, theft of private property without a warrant or due process, for interfering with private contracts, forced into a debor prison, peonage and the mental and emotional harm. Their willful crimes against me, one of the We the People, a Floridian, Freeholder and an American National have breached their fiduciary duty to protect my God given rights.

2. Plaintiff is entitled to enforce his USC 1st Amendment and petition for speech, press and redress of grievances (Florida Art.I sec. 5), USC 7th Amendment right to trial by jury at common law ( Florida Art.I sec. 22), USC 4th Amendment (Florida Art.I Sec. 12) Searches and seizures , USC 13th Amendment Involuntary servitude.

## II. JURISDICTION

3. The jurisdiction is proper to litigate and enforce my rights of redress. I invoke the supremacy clause of Article VI of the United States of America constitution to vindicate all rights codified within all treaties between Florida and the people. I demand Article III court and an Article III Judge.

4. The United States constitution Article III sec. 2 allows me the plaintiff (a living man) to compel and invoke the federal court powers to coordinate a remedy for my injury-in-fact herein. I am showing a connection between my injuries and the defendants conduct, and a likelihood that my injuries will be redressed by a favorable decision by a jury of my peers.

5. Florida Declaration of Rights Article I sec. 21
   "The Courts shall be open to every person for redress of any injury and justice shall be administered without sale, denial or delay."

## III. Venue

6. Venue is proper because the defendants actions occurred within the jurisdiction of the DISTRICT COURT OF THE UNITED STATES, SOUTHERN DISTRICT OF FLORIDA DIVISION, thus making this the proper venue.

**ALL FACTS HEREIN ARE SWORN UNDER PENALTY OF PERJURY AT COMMON LAW**

1. I am, Eric James Echevarria a living man created in the image of YHWH (see Genesis 1:26-28) and creator of Original Complaint in Federal Court.

2. I have first hand knowledge to the truth of all facts herein.

3. I am of sound mind and no metal disabilities.

4. I am of the age of majority as of June 19 1990.

5. I, Eric James Echevarria, Original Complaint in Federal Court have corrected my status per 9 USC 1101 (a) 21 and 23 once I realized he 14th Amendment citizen is considered a dead civil entity see Congressional Record, June 13 1967, pp. 15641- 15646. I repudiated my U.S. Corporate Citizenship and Stand as a Floridian American National to my rightful inheritance given to me by my Eternal Creator.

6. I am not an Employee of the STATE OF FLORIDA, PALM BEACH COUNTY nor THE UNITED STATES which is a for profit corporations and any subsidiary corporation of the UNITED STATES, see 28 U.S.C. 3002 Sec. 15 (a)(b).I have no contracts with these corporation in my private capacity.

7. I do not live in Washington D.C., I am not chattel property of the STATE OF FLORIDA nor PALM BEACH COUNTY.

8. I am a Sovereign Floridian American National man living on Florida soil.

9. I chose to stand on and be grateful to Almighty God for our constitutional liberty as codified in Florida and United States of America Bill of Rights, Articles of Confederation, Northwest Ordinance, Declaration of Independence and the Holy Bible which protect my right to be free from warrant-less searches and seizures and my right to be free from loss of liberty without due process.

10. I stand on my right to trail by jury and the right to be free from cruel and unusual punishment from a court or it's agencies pretending the CITY of DELRAY BEACH has a cause of action against me.

11. On August 8, 2024 at 12:15, I was traveling in my private capacity on the roadways and Not operating in commerce.

12. As I exited the interstate and traveled eastbound Deputy Lugo Fernandez applied his emergency lighting in a non-emergency, pulling me over and detaining my son and I with no warrant.

13. As I pulled over the the deputy began his interrogation but never gave me my Miranda warning.

14. Deputy Lugo Fernandez demanded private papers and documents without a warrant and signed affidavit of what, who or were to search. Detaining my son and I for 1 hour.

15. I warned Deputies that I have a right to travel in my private property, I had a my superior title in hand and passport. I have a right to to be left along and free from government intrusion into my private life USC Article IV (Florida Article I sec. 23)

16. After informing deputy Lugo Fernandez of my rights and his sworn oaths, officers Matthew Saraceni and Carlos Pengos arrived. I repeated my statement of rights and their oaths but all I received was ridiculing, mocking and threats. Without my willful consent officers requested a towing company which I have no contract with to assist in the confiscation of my property, leaving my son and I stranded in an unfamiliar area.

17. I am now forced to borrow currency to locate, register my private property against my will and pay ransom to recover my private property and papers. Due to the acts of the deputies they have placed my family and I into debit against my will, which forces me into involuntary servitude, peonage and coercive contracts which is forbidden; see. 18 USC 1581, 1584, 1589.

18. I have sustained injury to my name and reputation. I have suffered emotional distress, anxiety loss of sleep, economic hardship and economic loss from the false claims filed in commerce against my estate and against my will. These actions committed by the deputies have been done under the color of law with intent to harm my family and I. 18 USC 241 and 18 USC 242.

19. After repeating my God given rights and liberties numerous times, I presented them my Transgression fee schedule and claims for damages. Again they ignored me, kept silent about my offer and proceeded with their theft of my private property and papers. Their silence is their acquiescence. See: Exhibit A

## DEMAND & DESIRES RELIEF

*Proverbs 10:24 "The desire of the righteous shall be granted"*

A. I am entitled to relief, remedy and restitution under the United States Constitution 1st. Amendment and Florida Declaration of Rights Article I Section 2, 9, 12 and 22. (According to your 18 US Code 1593- Mandatory Restitution)

B. I am entitled to speak, publish truth and give evidence to a jury of my peers for determination of facts and the law for redress of my injuries. See Florida Declaration of Rights Article I sec. 22.

C. I am entitled per Florida Declaration of Rights Article I Sec. 21 Access to courts for redress of any injury by due process of the law.

D. I demand my rights to a Trial by jury at common law. See the United States Constitution 7th Amendment and Florida Declaration of rights Article I Sec. 22

E. I demand my rights under Florida Declaration of Rights Article I sec. 21 and petition herein the power for redress of my grievances, injuries and per Article I sec.16 rights of a victim.

F. I demand Defendants pay for my mental and financial injuries caused by their color of statue, ordinances, regulation and customs depriving me of any rights or immunities secured by the Constitution. See: 42 US Code 1983

G. I demand remedy, relief and restitution for my lost profits.

H. I demand Defendants supply remedy, relief and restitution for my lost earnings.

I. I demand Defendants supply remedy, relief and restitution for my lost of earning capacity and delays in completion of my private contracts

J. Remedy, relief and restitution of my good name and reputation.

K. I request limited discovery to dispose Defendants and their employees, former employees, representative agents and contractors.

All my sworn facts are true and correct to the best of my memory and all statements are made in good faith and sworn to under penalty of perjury in common law.

I reserve all my God-given rights,

_____ my autograph          my Seal
By: Eric James Echevarria,
Beneficiary/Executor of Eric James Echevarria Estate
3300 S. Dixie Hwy. Unit 1133, West Palm Beach, Florida [33405]

state of Florida,
Before me, Kerrie H. Whitaker a notary public. On this day personally appeared Eric James Echevarria, showed me necessary identification. I witnessed his autograph on this document on ___21___ day, month of __Aug__ year of our Lord 2024.

_____                        Commission expires __2/24/27__
Public Notary                                   seal:

KERRIE A. WHITAKER
Commission # HH 363752
Expires February 24, 2027

6 of 6